**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 08-20441

**MADGERETA BROWN**

　　**Plaintiff,**

　　**v.**

**ASSET ACCEPTANCE, LLC**

　　**Defendant.**
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ASSET ACCEPTANCE, LLC

TO THE HONORABLE JUDGE ALTONGA:

Plaintiff **MADGERETA BROWN** files this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between the Plaintiff and Defendant **ASSET ACCEPTANCE, LLC** to be determined by this Court. Plaintiff hereby stipulate that all claims or causes of action against Defendant **ASSET ACCEPTANCE, LLC** which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

| **PLAINTIFF MADGERETA BROWN** | **DEFENDANT ASSET ACCEPTANCE, LLC** |
|---|---|
| *By: S:Joel A. Brown* <br> **Joel Adrian Brown** <br> joelb@fclawgroup.com <br> Fair Credit Law Group, LLC <br> 3389 Sheridan Street <br> Suite 245 <br> Hollywood, FL 33021 <br> 954-334-7670 <br> Fax: 986-4777 | *By: S:Ernest Henry Kohlmyer, III* <br> **Ernest Henry Kohlmyer, III** <br> SKohlmyer@bellroperlaw.com <br> Bell, Roper & Kohlmyer, P.A. <br> 2707 East Jefferson Street <br> Orlando, FL 32803 <br> (407) 897-5150 <br> Fax: (407) 897-3332 |
| *By: S:Paul A. Herman* <br> **Paul Aaron Herman** <br> paulh@fclawgroup.com <br> Fair Credit Law Group, LLC <br> 3389 Sheridan Street <br> Suite 245 <br> Hollywood, FL 33021 <br> 954-334-7670 <br> Fax: 986-4777 | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Paul A. Herman*
Paul A. Herman, Esq.

## SERVICE LIST

**Defendant**

**Asset Acceptance, LLC**   represented by   Ernest Henry Kohlmyer, III
Bell, Roper & Kohlmyer, P.A.
2707 East Jefferson Street
Orlando, FL 32803
(407) 897-5150
Fax: (407) 897-3332
SKohlmyer@bellroperlaw.com